UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Prince Citizen,<br><br>    Plaintiff,<br><br>    v.<br><br>DSquared2 Retail LA LLC, and Doe One through and including Doe Ten,<br><br>    Defendants. | Case No. 2:16-CV-09603-JAK-AJW<br><br>**JUDGMENT**<br><br>**JS-6** |

Pursuant to the Court's January 29, 2018 Minute Order granting the Joint Motion for FLSA Settlement Approval,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice, and without an award of costs or attorney's fees, except as specifically provided in the settlement agreements.

This Order resolves all issues and closes the case. The Court retains jurisdiction to enforce the settlement agreements.

**IT IS SO ORDERED.**

Dated: February 7, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE